IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CADARIUS J. HOLLAND,            ) | |
|                                ) | |
|    Plaintiff,              ) | |
|                                ) | CIVIL ACTION NO. |
|    v.                       ) | 2:15cv918-MHT |
|                                ) | (WO) |
| LT. J. SEWELL and WARDEN    ) | |
| McDANIELS,                  ) | |
|                                ) | |
|    Defendants.              ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that he was subjected to excessive force by a correctional officer after complaining of being attacked by another prisoner. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of February, 2017.

                                            /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**